```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-088-LRS-1 |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY |
| v. | **(ECF No. 42)** |
| EDWARD AUSTIN BALES, | |
| Defendant. | |

Defendant seeks release into inpatient treatment. (ECF No. 42.) A confirmed bed date is available with SPARC for July 12, 2011. Defendant is 21 years old, has a criminal history, an outstanding warrant and unknown family or community ties. In light of his age and other circumstances discussed at the hearing, and if Defendant resolves the warrant matter prior to July 12, 2011, the undersigned will permit Defendant to enter inpatient treatment, provided, however, if he successfully completes treatment, he shall go directly to a halfway house such as Oxford House. If a halfway house is unavailable, Defendant shall immediately return to jail. A separate order memorializing the other conditions of release will be filed on this date.

DATED July 7, 2011.

```
                          S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING MOTION TO MODIFY - 1