UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-088-LRS-1 |
| Plaintiff, | ) ) | ORDER GRANTING MOTIONS |
| v. | ) ) | |
| EDWARD AUSTIN BALES, | ) ) | |
| Defendant. | ) ) ) ) | |

   Pending before the court are Defendant Edward Austin Bales's Motion to Reconsider Conditions of Release and Motion to Expedite. For good cause shown, Mr. Bale's Motions **(ECF No. 57, 58)** are **GRANTED.**

   **IT IS SO ORDERED.**

   DATED July 11, 2011.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTIONS - 1