UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-088-LRS-1 |
| Plaintiff, | ORDER FOLLOWING STATUS HEARING AND GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| EDWARD AUSTIN BALES, | ☑ Motion Granted **(Ct. Rec. 68)** |
| Defendant. | ☑ Status Hearing: **9/15/11, at 1:30 p.m.** |

Date of Motion hearing: August 18, 2011.

**IT IS ORDERED** that the continued release the Defendant is subject to the following additional conditions:

1. Defendant shall resolve pending warrants.

2. Defendant shall reside at Oxford House.

3. Defendant shall have a curfew of 6:00 p.m. to 6:00 a.m. The curfew may be altered as necessary by Pretrial Services.

4. Defendant shall attend N.A. meetings three times a week.

5. If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch,

ORDER FOLLOWING STATUS HEARING AND GRANTING
UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE - 1

a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

    6. Defendant shall contact his attorney and Pretrial Services at least once a week.

    DATED August 19, 2011.

                      S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE