```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-088-LRS |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY |
| v. | |
| EDWARD AUSTIN BALES, | |
| Defendant. | |

Pending before the court is Defendant Edward Austin Bales' Motion to Modify Conditions of Pretrial Release. For good cause shown, Mr. Bales' Motion **(ECF No. 77)** is **GRANTED**. Mr. Bales' curfew shall be between the hours of 9:00 p.m until 7:00 a.m.

**IT IS SO ORDERED.**

DATED August 31, 2011.

```
                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING MOTION TO MODIFY - 1