# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Edward Austin Bales | Docket No. | 2:11CR00088-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Matthew D. Elvin, Pretrial Services Officer, presenting an official report upon the conduct of defendant Edward Austin Bales, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 7th day of July 2011, under the following conditions:

**Standard Condition #2:** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Violation #1:** Edward Austin Bales is considered in violation of his conditions of pretrial release as he moved from his approved residence on September 1, 2011.

**Special Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six times per month.

**Violation #2:** Edward Austin Bales is considered in violation of his conditions of pretrial release as he failed to appear for urinalysis testing as directed on September 20, 2011.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

The evidence for the alleged violations is as follows: On September 21, 2011, the undersigned officer received notification that the defendant failed to report for urinalysis testing on September 20, 2011, at Pioneer Human Services. Following notification of his failure to report for required substance abuse testing on September 20, 2011, this officer attempted to contact Mr. Bales through his reported telephone number and via his attorney, to no avail. On September 22, 2011, this officer conducted an unannounced home visit to Mr. Bales' approved residence. Mr. Bales was not available during this visit, and, according to other residents of the Oxford House, Mr. Bales moved out of the facility on September 1, 2011. Additional contact with Mr. Bales' attorney was made on September 22, 2011, to inquire if Mr. Bales had notified her of his change of address. Mr. Bales' attorney reported that she had not heard from him and had been unable to contact him.

In light of the above information, it is recommended that the Court issue a warrant for the arrest of the defendant to answer the above alleged violations.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under penalty of perjury that the foregoing is true and correct. |
|  | Executed on: 09/23/2011 |
| by | s/M. D. Elvin |
|  | M.D. Elvin<br>Deputy Chief U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

S/ CYNTHIA IMBROGNO
Signature of Judicial Officer

9/23/11
Date